(Reap. Dec. 9760)

FINTIMEX, INC. *v.* UNITED STATES

Entry No. C–13295, etc.

(Decided August 4, 1960)

*Wallace & Schwartz* (*Joseph Schwartz* of counsel) for the plaintiff.

*George Cochran Doub*, Assistant Attorney General (*Sheila N. Ziff*, trial attorney), for the defendant.

MOLLISON, Judge: Counsel for the parties have submitted the appeals for reappraisement enumerated in the attached schedule for decision upon stipulation on the basis of which I find that foreign value, as defined in section 402(c), as amended, of the Tariff Act of 1930, is the proper basis for the determination of the value of the plywood imported from Finland involved, and that such value in each case was the appraised value, less 4 per centum.

Judgment will issue accordingly.